**RECEIVED**

AUG 2 9 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:18-CR-057 |
| v. | ) | |
| | ) | <u>SUPERSEDING INDICTMENT</u> |
| STEVEN DOUGLAS CROOK, JR., | ) | |
| | ) | T. 18 U.S.C. § 1001(a)(2), |
| Defendant. | ) | T. 18 U.S.C. § 2251(a), (b), |
| | ) | T. 18 U.S.C. § 2252A(a)(1), (2), |
| | ) | and (5)(B) |
| | ) | T. 42 U.S.C. § 1381a(a)(2) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(False statement for use in determining social security benefits)**

On or about January 24, 2016, in the Southern District of Iowa, the defendant,

STEVEN DOUGLAS CROOK, JR., knowingly made a false statement and

representation of a material fact for use by the Social Security Administration in

determining rights to Supplemental Security Income benefit payments. Specifically,

in a Function Report – Adult, defendant falsely stated that:

    a.    He does not take care of anyone else, such as children.

    b.    He needs help taking a bath.

    c.    He does not and cannot prepare his own meals.

    d.    He forgets easily, he starts tasks but cannot complete them, he cannot focus well, and he does not understand when he is asked to do something.

In violation of Title 42, United States Code, Section 1383a(a)(2).

1

## COUNT 2
**(False statement for use in determining social security benefits)**

On or about March 1, 2016, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly made a false statement and representation of a material fact for use by the Social Security Administration in determining rights to Supplemental Security Income benefit payments. Specifically, in a mental status evaluation, defendant falsely stated that:

a.   He can barely concentrate and he loses his focus.

b.   He is afraid to go to the bathroom without his girlfriend.

c.   When the wind blows outside, he gets scared.

d.   He stays in bed sometimes and does not move.

In violation of Title 42, United States Code, Section 1383a(a)(2).

## COUNT 3
### (Sexual exploitation of a child)

In or about January 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did employ, use, persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0112181855.jpg, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Sexual exploitation of a child by a parent)**

In or about January 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0112181855.jpg, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Sexual exploitation of a child)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0204182149.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Sexual exploitation of a child by a parent)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0204182149.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

6

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Sexual exploitation of a child)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled ReverseMovie.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

7

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 8</u>
**(Sexual exploitation of a child by a parent)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled ReverseMovie.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 9</u>
**(Sexual exploitation of a child)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 1_4918302264810012805.mp4, and a file titled 15182670548583853195.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 10**</u>
**(Sexual exploitation of a child by a parent)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 1_4918302264810012805.mp4, and a file titled 15182670548583853195.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

## <u>COUNT 11</u>
### (Transportation of child pornography)

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely a file titled 1_4918302264810012805.mp4, and a file titled 15182670548583853195.mp4, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 12</u>
**(Sexual exploitation of a child)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 15186979654630421109.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 13**</u>
**(Sexual exploitation of a child by a parent)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 15186979654630421109.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 14</u>
**(Transportation of child pornography)**

In or about February 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely a file titled 15186979654630421109.mp4, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15
### (Sexual exploitation of a child)

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0301181801.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 16</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0301181801.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHERCHARGES:**

<u>**COUNT 17**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0302181816.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 18
### (Sexual exploitation of a child by a parent)

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0302181816.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

**<u>COUNT 19</u>**
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0302181821.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 20**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0302181821.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 21**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0302181825.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 22**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0302181825.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 23**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 0302181827.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 24**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled 0302181827.mp4, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 25**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled IMG950773.3gp, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 26**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled IMG950773.3gp, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 27**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled IMG950774.3gp, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 28**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled IMG950774.3gp, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 29**</u>
**(Sexual exploitation of a child)**

In or about March 2018, in the Southern District of Iowa, the defendant,

STEVEN DOUGLAS CROOK, JR., did persuade, induce, entice, and coerce Victim 1,

a minor, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, namely a file titled IMG950775.3gp, and for the purpose of

transmitting a live visual depiction of such conduct, using materials that have been

mailed, shipped, and transported in and affecting interstate and foreign commerce by

any means, including by computer, and the visual depiction was transported and

transmitted using any means and facility of interstate and foreign commerce and in

and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 30**</u>
**(Sexual exploitation of a child by a parent)**

In or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., being the parent and guardian and person having custody and control of Victim 1, a minor, knowingly permitted Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a file titled IMG950775.3gp, and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 31
### (Receipt of child pornography)

From no later than in or about February 2018 to in or about March 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a minor other than Victim 1, and that, using any means and facility of interstate and foreign commerce, has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 32**</u>
**(Possession of child pornography)**

On or about March 9, 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly possessed material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a minor other than Victim 1 who had not attained 12 years of age, and that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B)

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 33**</u>
**(False statement)**

On or about March 9, 2018, in the Southern District of Iowa, the defendant, STEVEN DOUGLAS CROOK, JR., knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the executive branch of the Government of the United States. Namely, the defendant stated that:

a. He did not intentionally view child pornography on the internet. When he did encounter child pornography it was by accident and he "click[ed] out of it immediately" and "got off it immediately" because he did not want to look at child pornography. He did not know how child pornography would get on his electronic devices.

b. He did not use force when committing sex acts with Victim 1. Specifically, "It was not forced," and "I haven't forced myself onto [Victim 1]. Period."

c. When he committed sex acts with Victim 1, she did not ever have any pains.

d. The first time he committed a sex act with Victim 1 was in 2017.

e. He tried to stay away from Victim 1 to avoid committing sex acts with her.

f. He did not send any videos of himself committing sex acts with Victim 1 to any other person, and he did not post any such videos publicly on the internet.

In violation of Title 18, United States Code, Section 1001(a)(2).

**THE GRAND JURY FURTHER FINDS**

<u>Notice of forfeiture</u>

If the defendant, STEVEN DOUGLAS CROOK, JR., is convicted of the offense

alleged in any of Counts 3-32 of this indictment, the defendant shall forfeit to the

United States his interest in the following property:

a.   All visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110.

b.   Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including by not limited to:

(1)   Apple iPhone 6 Plus, IMEI 3522066060913329;
(2)   LG Rebel phone, serial number 609CQKJ0558269;
(3)   SanDisk Ultra Plus 32 GB SD card, serial number 6291CRAC22R1;
(4)   Samsung 8GB SD card, serial number MMB3R08GUACA-GE 1 YJJ165GA 045;
(5)   Samsung 2GB Micro SD card, serial number MMAGR02GUFCA-MN 1 C1LXB6GA 152;
(6)   Lexar 2GB SD card, serial number unknown.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____  _____
FOREPERSON

Marc Krickbaum
United States Attorney

By:   /s/ _____
Marc Krickbaum
United States Attorney