IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | Criminal No. 4:18-CR-057 |
| STEVEN DOUGLAS CROOK, JR., | ) | GOVERNMENT'S EXHIBIT LIST FOR OFFENSE CONDUCT STATEMENT |
| Defendant. | ) | |

| Exhibit | Description |
|---|---|
| 1 | Description of child pornography videos |
| 2 | Live.me direct messages |
| 3 | interview March 28, 2018 |
| 4A | Crook interview March 9, 2018 audio |
| 4B | Crook interview March 9, 2018 transcript |
| 5 | Crook social worker records |
| 6 | Crook 2016 psychological evaluation |
| 7 | Crook 2012 psychological evaluation |
| 8 | ) interview |
| 9 | None |
| 10 | Selected Facebook pages |
| 11A | March 10 7:28 p.m. jail call |
| 11B | March 10 7:57 p.m. jail call |
| 11C | March 11 2:43 p.m. jail call |

| | |
|---|---|
| 11D | March 11 3:03 p.m. jail call |
| 11E | March 13 1:52 p.m. jail call |
| 11F | March 13 4:30 p.m. jail call |
| 11G | March 13 11:03 p.m. jail call |
| 11H | March 15 11:07 a.m. jail call |
| 11I | March 15 4:19 p.m. jail call |
| 11J | March 18 9:59 p.m. jail call |
| 11K | March 18 10:15 p.m. jail call |
| 11L | March 19 2:25 p.m. jail call |
| 11M | March 19 2:41 p.m. jail call |
| 11N | March 19 4:55 p.m. jail call |
| 11O | March 28 3:45 p.m. jail call |
| 11P | March 29 5:44 p.m. jail call |
| 11Q | March 29 6:39 p.m. jail call |
| 11R | March 29 web visit |
| 11S | April 1 web visit |
| 11T | April 1 6:34 p.m. jail call |
| 11U | April 3 4:10 p.m. jail call |
| 11V | April 5 web visit |
| 11W | April 7 web visit |
| 11X | April 7-2 web visit |
| 11Y | April 8 4:10 p.m. jail call |

| 11Z | April 8 4:32 p.m. jail call |
|---|---|
| 11AA | April 10 web visit |
| 11BB | April 10 11:02 a.m. jail call |
| 11CC | April 10 4:21 p.m. jail call |
| 11DD | April 15-1 web visit |
| 11EE | April 15-2 web visit |
| 11FF | April 16 8:01 p.m. jail call |
| 11GG | April 18 web visit |
| 11HH | April 23 web visit |
| 11II | July 24 web visit |
| 12A | March 10 7:28 p.m. jail call transcript |
| 12B | March 10 7:57 p.m. jail call transcript |
| 12C | March 11 2:43 p.m. jail call transcript |
| 12D | March 11 3:03 p.m. jail call transcript |
| 12E | March 13 1:52 p.m. jail call transcript |
| 12F | March 13 4:30 p.m. jail call transcript |
| 12G | March 13 11:03 p.m. jail call transcript |
| 12H | March 15 11:07 a.m. jail call transcript |
| 12I | March 15 4:19 p.m. jail call transcript |
| 12J | March 18 9:59 p.m. jail call transcript |
| 12K | March 18 10:15 p.m. jail call transcript |
| 12L | March 19 2:25 p.m. jail call transcript |

| | |
|---|---|
| 12M | March 19 2:41 p.m. jail call transcript |
| 12N | March 19 4:55 p.m. jail call transcript |
| 12O | March 28 3:45 p.m. jail call transcript |
| 12P | March 29 5:44 p.m. jail call transcript |
| 12Q | March 29 6:39 p.m. jail call transcript |
| 12R | March 29 web visit transcript |
| 12S | April 1 web visit transcript |
| 12T | April 1 6:34 p.m. jail call transcript |
| 12U | April 3 4:10 p.m. jail call transcript |
| 12V | April 5 web visit transcript |
| 12W | April 7 web visit transcript |
| 12X | April 7-2 web visit transcript |
| 12Y | April 8 4:10 p.m. jail call transcript |
| 12Z | April 8 4:32 p.m. jail call transcript |
| 12AA | April 10 web visit transcript |
| 12BB | April 10 11:02 a.m. jail call transcript |
| 12CC | April 10 4:21 p.m. jail call transcript |
| 12DD | April 15-1 web visit transcript |
| 12EE | April 15-2 web visit transcript |
| 12FF | April 16 8:01 p.m. jail call transcript |
| 12GG | April 18 web visit transcript |
| 12HH | April 23 web visit transcript |

| | | |
|---|---|---|
| 12II | July 24 web visit transcript | |
| 13 | Excerpts from | Community Schools records |
| 14 | Iowa DHS records January 2017 | |
| 15 | Iowa DHS records February 2017 | |
| 16 | (teacher) interview | |
| 17 | text | |
| 18 | Crook iOS contacts filtered by "Max" | |
| 19 | (teacher) interview | |
| 20 | Live.me records re Crook account | |
| 21 | Foster parent interview | |
| 22 | Excerpts from | Hospital records |
| 23 | Landlord interview | |
| 24 | Polk County Jail incident reports | |
| 25 | Crook self-assessment 2016 | |
| 26 | Crook text message February 2018 | |
| 27 | Crook SSI letter 2018 | |
| 28A | Crook surveillance video | |
| 28B | Crook rap video | |
| 29 | Crook vlog email | |
| 30 | Dr. Shelton CV | |
| 31 | Report on interview of Steven Crook 3/9/18 | |
| 32 | Report on interview of | 3/9/18 |

| 33 | Transcript of interview of ⎯⎯ 3/9/18 |
|---|---|
| 34 | Dr. Rosell psychological report |
| 35-38 | None |
| 39 | Dr. Shelton forensic evaluation |
| 40 | Dr. Shelton competency hearing testimony |
| 41 | 2/7/18 video |
| 42A | 0301181801 audio clip 1 |
| 42B | 0301181801 audio clip 2 |
| 42C | 0301181801 audio clip 3 |
| 43A | 0302181816 audio clip 1 |
| 43B | 0302181816 audio clip 2 |
| 44 | Three photographs |

Respectfully Submitted,

*/s/ Marc Krickbaum*
Marc Krickbaum
United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: marc.krickbaum@usdoj.gov